# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1112
Lower Tribunal No. 16-14358-CA-01
_____

**Becky Caraballo,**
Appellant,

vs.

**Newrez LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Lubell & Rosen LLC., and Norman S. Segall, for appellant.

Kahane & Associates, P.A., and Andrew S. Kanter (Sunrise), for appellee.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.